Frank M. Wyckoff against Harvey N. Bloomer. No opinion. Order reversed, with $10 costs and disbursements, and motion to vacate order for substitution of attorneys denied, with $10 costs. Order filed.

WYCKOFF, Respondent, v. BLOOMER, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Frank M. Wyckoff against Harvey N. Bloomer, impleaded with others. F. P. Ufford, for appellant. B. Cohen, for respondent. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed.

WYCKOFF, CHURCH & PARTRIDGE v. HALL. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Wyckoff, Church & Partridge against William H. Hall. No opinion. Application denied, with $10 costs. Order signed.

END OF CASES IN VOL. 111.